**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **MARYAN MOHAMED AMIIN #A221-389-543** | **CASE NO. 3:26-CV-00729 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **RICHWOOD CORRECTIONAL CENTER** | **MAG. JUDGE WHITEHURST** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Maryan Mohamed Amiin's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE** to refiling should her continued detention become unlawful.

ALEXANDRIA, LOUISIANA, this 3rd day of November, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE